UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED NORTH AMERICA INSURANCE BROKERAGE CORP. OF CALIFORNIA<br><br>Plaintiff,<br><br>v.<br><br>WOODRUFF-SAWYER, a California corporation; DERMOD HOUWELING, an individual<br><br>Defendants. | CASE NO. C-04-2527 MJJ<br>Hon. Magistrate Judge Elizabeth D Laporte<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO THE ESCROW ACCOUNT AND MONIES RECEIVED BY WOODRUFF-SAWYER FROM ALLIED'S FORMER CLIENTS AND OTHER DOCUMENTS<br><br>Date:         August 23, 2005<br>Time:         9:00 a.m.<br>Courtroom:    Courtroom E, 15th Floor<br><br>Action Filed: June 24, 2004<br>Trial Date:   October 24, 2005 |

\\\

\\\

On August 23, 2005, in of the above named court, Plaintiff ALLIED NORTH AMERICA INSURANCE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO THE ESCROW ACCOUNT AND MONIES RECEIVED BY WOODRUFF-SAWYER FROM ALLIED'S FORMER CLIENTS AND OTHER DOCUMENTS came on for hearing by properly noticed motion, before the Honorable Magistrate Judge Elizabeth D. Laporte.  Counsel for all parties appearing.  After having reviewed and considered all papers and evidence filed in connection with the motion and the argument of counsel, GOOD CAUSE APPEARING THEREFORE, the Court finds as follows:

IT IS ORDERED THAT Plaintiff Allied North America Insurance's Motion To

1 Compel Production of Document Relating to the Escrow Account And Monies Received
2 by Woodruff-Sawyer From Allied's Former Clients and Other Documents Is Granted In
3 Part.
4     Woodruff-Sawyer must within five court days provide copies of all checks received
5 from the Identified Clients as that term is used in the court order.
6     Furthermore, Woodruff-Sawyer must within five court days provide copies of any
7 invoices sent to the Identified Clients as that term is used in the court order, which were
8 not previously produced to Allied.

10     Dated:   August 30, 2005

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

11     _____
12     Honorable Magistrate Judge Elisabeth D. Laporte
13     United States District Court Magistrate Judge

4843-1777-0496\1 8/26/2005 8:01 PM