**M. D. MOYE**
PARTNER
DIRECT DIAL 415 995 5092
REPLY TO SAN FRANCISCO
E-MAIL mmoye@hansonbridgett.com

# HANSON BRIDGETT
### MARCUS VLAHOS RUDY LLP

September 19, 2005

**RECEIVED**
SEP 19 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## VIA FACSIMILE (415) 522-4694

Magistrate Judge Bernard Zimmerman
United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   *Allied North America v. Woodruff-Sawyer, et al.; Case No. 04-2527*

Dear Judge Zimmerman:

Defendant Woodruff-Sawyer requests to move the Settlement Conference hearing scheduled for Friday, September 30, 2005 to Monday, October 3, 2005. Defendant's key principal will be out of town that week. We have discussed this with plaintiff's attorney and they have agreed to move this hearing. Judge Jenkins ordered the parties to complete this conference prior to September 30. Accordingly, we are contacting Judge Jenkins to advise of this short delay.

Please advise if this date is available.

Sincerely,

*[signature]*

M. D. Moye

MDM:tam

cc:   Gabrielle Wirth, Esq
      Matthew Urdan, Esq

Settlement Conference continued to Oct. 3, 2005 at 9:00 a.m. Sett. Statements due 7 days prior to settlement conf.



IT IS SO ORDERED
*[signature]* Bernard Zimmerman
Judge Bernard Zimmerman

**LAW OFFICES**
WWW.HANSONBRIDGETT.COM

**SAN FRANCISCO**

425 MARKET STREET
21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2173
TELEPHONE 415-777-3200
FACSIMILE 415-541-9366

SF@HANSONBRIDGETT.COM

**NORTH BAY**

WOOD ISLAND
80 E SIR FRANCIS DRAKE BLVD, SUITE 3E
LARKSPUR, CALIFORNIA 94939
TELEPHONE 415-925-8400
FACSIMILE 415-925-8469

NORTHBAY@HANSONBRIDGETT.COM

**SACRAMENTO**

980 NINTH STREET
SUITE 1500
SACRAMENTO, CALIFORNIA 95814
TELEPHONE 916-442-3333
FACSIMILE 916-442-2348

SAC@HANSONBRIDGETT.COM

1200575.1