1  CHARLES M. LOUDERBACK (SBN 88788)
   THE LOUDERBACK LAW FIRM
2  One Embarcadero Center, Suite 2300
   San Francisco, California  94111
3  Telephone: (415) 398-7860
4  Facsimile:  (415) 398-7863

5  Attorneys for Defendant, Counterclaimant
   and Counterclaim Defendant
6  ESTATE OF DERMOD HOUWELING

RECEIVED

OCT 2 5 2005

THE LOUDERBACK
LAW FIRM

FILED

OCT 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  ALLIED NORTH AMERICA INSURANCE          CASE NO. C-04-2527 MJJ
    BROKERAGE CORP. OF CALIFORNIA,
11
12              Plaintiff,                   **STIPULATION AND [PROPOSED] ORDER**
13          v.
                                             Hon. Martin J. Jenkins
14  WOODRUFF-SAWYER, a California Corporation;   Action Filed;  June 24, 2004
    DERMOD HOUWELING, an individual,         Trial Date: October 24, 2005
15
                Defendants.
16

17  _____

18  AND RELATED COUNTER-CLAIMS.

19                          **RECITALS**

20      WHEREAS, on or about June 24, 2004, Allied North America Insurance Brokerage Corp. of

21  California ("Allied") filed a complaint against defendants Woodruff-Sawyer & Co. ("Woodruff-

22  Sawyer") and Dermod Houweling ("Houweling") (hereafter collectively, "defendants") in the

23  present case (United States District Court for the Northern District of California, Case No. C04-

24  2527 MJJ);

25      WHEREAS, Houweling subsequently answered the complaint and filed a counterclaim

26  against Allied, to which Allied answered and filed a crossclaim against Houweling;

27      WHEREAS, Houweling passed away in November 2004, and The Estate of Dermod

28  Houweling ("The Estate") was substituted into the Action as a party in his place and stead;

1    WHEREAS, the Estate filed a First Amended Counterclaim on June 15, 2005;

2    WHEREAS, the Court reviewed and considered lengthy motions for summary adjudication,

3    including detailed declarations containing the parties' assertions and contrary assertions of fact

4    related to the matters forming the basis of claims, counterclaims and crossclaims in this action;

5    WHEREAS, on September 25, 2005, the Court entered a 18-page opinion on the motions for

6    summary adjudication, which opinion clarifies and identifies in great detail the Court's analysis of

7    the claims, the legal issues and factual issues to be decided at trial;

8    WHEREAS, on October 17, 2005, after a settlement conference before Magistrate

9    Zimmerman and a separate mediation before John Bates, Esq. of the Judicial Arbitration and

10   Mediation Service, Allied and The Estate agreed to compromise and settle all disputes and potential

11   disputes between them on the bases set forth in the Settlement Agreement ("Settlement

12   Agreement"), a copy of which is attached hereto as Exhibit A; and

13   WHEREAS, defendant Woodruff-Sawyer has reviewed the terms of the Settlement

14   Agreement between Allied and The Estate and is willing to stipulate that the settlement is made in

15   good faith.

16   WHEREAS, THE ESTATE AND WOODRUFF-SAWYER BY AND THROUGH THEIR

17   RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

18   1. The settlement, as set forth in the October 17,2005 Settlement Agreement between

19   ALLIED and THE ESTATE OF DERMOD HOUWELING, is made in good faith under applicable

20   state and federal law.

21   IT IS SO STIPULATED:

22   Dated: _October 26, 2005_          _Paul D. Nabost_ for

23                                      Charles M. Louderback, Esq.

24                                      The Louderback Law Firm
                                        Attorneys for Defendant, Counterclaimant and

25                                      Counterclaim Defendant Estate of Dermod Houweling

26   Dated: _October 25, 2005_

27                                      Myron D. Moye, Esq.
                                        Walter R. Schneider, Esq.

28                                      Hanson, Bridgett, Marcus, Vlahos & Rudy,  LLP
                                        Attorneys for Defendant Woodruff-Sawyer

## ORDER

1

2       THE COURT, based on the recitals and stipulation set forth above, hereby approves the

3 settlement between Allied and The Estate, as set forth in the October 17, 2005 Settlement

4 Agreement attached hereto as Exhibit A, as a good faith settlement pursuant to CCP § 877 and

5 federal common law.

6       IT IS SO ORDERED,

7

8

9 Dated: _____ 10 / 26 / 2005 _____                         

Hon. Martin J. Jenkins
United States District Judge
Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28