GABRIELLE M. WIRTH, ESQ. (SBN 106492)
DAVID A. KAYS, ESQ. (SBN 120798)
555 California Street, Suite 1000
San Francisco, California 94104-1513
Telephone: (415) 544-7000
Facsimile: (415) 398-3249
E-mail: eFilingPA@Dorsey.com

FILED
NOV 10 2005
RICHARD W. W[...]
CLERK, U.S. DIST[...]
NORTHERN DISTRICT OF C[...]

Attorneys for Plaintiff ALLIED NORTH AMERICA INSURANCE BROKERAGE CORP. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED NORTH AMERICA INSURANCE BROKERAGE CORP. OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>WOODRUFF-SAWYER, a California Corporation; DERMOD HOUWELING, an individual,<br><br>Defendants. | CASE NO. C-04-2527 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>Hon. Martin J. Jenkins<br>Action Filed: June 24, 2004<br>Trial Date: January 11, 2005 |
| AND RELATED COUNTER-CLAIMS. | |

## RECITALS

WHEREAS, on or about June 24, 2004, plaintiff Allied North America Insurance Brokerage Corp. of California ("Allied") filed a complaint against defendants Woodruff-Sawyer & Co. ("Woodruff-Sawyer") and Dermod Houweling in the present case (United States District Court for the Northern District of California, Case No. C04-2527 MJJ), and demanded a jury trial thereon;

WHEREAS, Allied and Woodruff-Sawyer are the only parties remaining in the case;

WHEREAS, Allied wishes to withdraw its demand for a jury trial and to waive its right to a jury trial and try the case to the Court;

---

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-04-2527 MJJ -1

1220996.2

1  WHEREAS, Woodruff-Sawyer does not object to the waiver of a jury trial and the case
2  being tried to the Court; and
3  WHEREAS, ALLIED AND WOODRUFF-SAWYER, BY AND THROUGH THEIR
4  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:
5  The parties stipulate to try the case to the Court.

7  IT IS SO STIPULATED:

8  DORSEY & WHITNEY LLP

10  Dated: 11/10/05

David A. Kays, Esq.
Attorneys for Plaintiff Allied North America
Insurance Brokerage Corp. of California

14  Dated: 11/10/05

Myron D. Moye, Esq. LORianne Conklin
Walter R. Schneider, Esq.
Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP
Attorneys for Defendant Woodruff-Sawyer

### ORDER

THE COURT, based on the recitals and stipulation set forth above, hereby orders that this case, currently set for trial on January 11, 2005, shall be tried to the Court.

IT IS SO ORDERED,

Dated: 11/10/2005

Hon. Martin J. Jenkins
United States District Judge
Northern District of California

---

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-04-2527 MJJ -2

1220996.2