1  CHARLES M. LOUDERBACK (SBN 88788)
   THE LOUDERBACK LAW FIRM
2  One Embarcadero Center, Suite 2300
   San Francisco, California 94111
3  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
4
5  Attorneys for Defendant, Counterclaimant
   and Counterclaim Defendant
6  ESTATE OF DERMOD HOUWELING

FILED
NOV 10 2005
RICHARD W. W[...]
CLERK [...]
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALLIED NORTH AMERICA INSURANCE BROKERAGE CORP. OF CALIFORNIA, | CASE NO. C-04-2527 MJJ |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| WOODRUFF-SAWYER, a California Corporation; DERMOD HOUWELING, an individual, | Hon. Martin J. Jenkins<br>Action Filed: June 24, 2004<br>Trial Date: January 11, 2005 |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS. | |

PLEASE TAKE NOTICE that pursuant to the Stipulation and Order entered on October 26, 2005, plaintiff Allied North America Insurance Brokerage Corp. of California and defendant Estate of Dermod Houweling, hereby dismiss with prejudice all claims, counterclaims and crossclaims asserted against one another in this action captioned above. This notice shall not dismiss any other defendant and shall have no impact on the continued litigation between Plaintiff Allied and the remaining defendant Woodruff-Sawyer & Company.

////

**NOTICE OF DISMISSAL**
**CASE NO. C-04-2527 MJJ -1**

Dated: 11/9/05

DORSEY & WHITNEY LLP

By _____
DAVID A. KAYS
ATTORNEY FOR PLAINTIFF ALLIED
NORTH AMERICA INSURANCE
BROKERAGE CORP. OF CALIFORNIA

Dated: 11/10/05

THE LOUDERBACK LAW FIRM

By _____
Charles M. Louderback, Esq.
Attorneys for Defendant, Counterclaimant
And Counterclaim Defendant Estate of
Dermod Houweling

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

11/10/2005
DATE