1   HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
    M. D. MOYE - 152871
2   WALTER R. SCHNEIDER - 173113
    LORIANNE G. CONKLIN - 213344
3   425 Market Street, 26th Floor
    San Francisco, CA  94105
4   Telephone:    (415) 777-3200
    Facsimile:    (415) 541-9366
5   wschneider@hansonbridgett.com

6   Attorneys for Defendant
    WOODRUFF-SAWYER & CO.
7

**FILED**

**JAN 0 6 2006**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8               **UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

12   ALLIED NORTH AMERICA                    No. C 04-2527 MJJ
     INSURANCE BROKERAGE CORP. OF
13   CALIFORNIA,

14                   Plaintiff,              **[PROPOSED] ORDER PERMITTING
                                             TRIAL EQUIPMENT**
15          v.

16   WOODRUFF-SAWYER & CO., a                Judge:     Hon. Martin J. Jenkins
     California corporation; DERMOD          Trial Date: January 11, 2006
17   HOUWELING, an individual,,

18                   Defendants.

19

20

21

22

23

24

25

26

27

28
                                   - 1 -

ORDER PERMITTING TRIAL EQUIPMENT
C 04-2527 MJJ                                              1230322.1

1    IT IS HEREBY ORDERED that, beginning Monday, January 9, 2006, the following

2  equipment shall be permitted in Courtroom 11 of the above-entitled Court, located at 450 Golden

3  Gate Avenue, San Francisco, California, for use by the parties in the trial of this matter before the

4  Honorable Martin J. Jenkins:

5    • 2 trial laptops

6    • 1 tech table

7    • 1 projector

8    • 1 projector stand

9    • 1 screen

10    • 1 Elmo (document camera)

11    • 2 Audio/Video switching units

12    • 1 Audio Speaker

13    • 1 Equipment cart

14    • appropriate cabling

15    • bins to transport cables

16

Date: January 6, 2006

17    _____
                                        Hon. Martin J. Jenkins

- 2 -