1  HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
   M. D. MOYE – 152871
2  WALTER R. SCHNEIDER - 173113
   LORIANNE G. CONKLIN - 213344
3  333 Market Street, Suite 2100
   San Francisco, CA 94105-2173
4  Telephone:   (415) 777-3200
   Facsimile:    (415) 541-9366
5  lconklin@hansonbridgett.com

6
   Attorneys for Defendant
7  WOODRUFF-SAWYER

**E-filing**

**FILED**
JAN 17 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ALLIED NORTH AMERICA INSURANCE BROKERAGE CORP. OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>WOODRUFF-SAWYER, a California corporation; DERMOD HOUWELING, an individual,<br><br>Defendants. | Case No. C 04-2527 MJJ<br><br>**STIPULATION RE: SETTLEMENT** |

-1-

STIPULATION RE: SETTLEMENT (C 04-2527 MJJ)                                1199674.1

1  Defendant WOODRUFF-SAWYER and Plaintiff ALLIED NORTH AMERICA
2  INSURANCE BROKERAGE CORP. OF CALIFORNIA, by and through their attorneys of
3  record, hereby stipulate and agree that they have reached a settlement of the remaining claims in
4  this matter. The parties anticipate formalizing the settlement with a written agreement not later
5  than January 20, 2006.
6  IT IS SO STIPULATED:

7
8  DATED: January 13, 2006        HANSON, BRIDGETT, MARCUS, VLAHOS &
                                   RUDY, LLP
9

10                                 By:  /s/
11                                      M. D. MOYE
                                        Attorneys for Defendant
12                                      Woodruff-Sawyer

13
14 DATED: January 13, 2006        DORSEY & WHITNEY

15
16                                 By:  /s/
                                        DAVID A. KAYS
17                                      Attorneys for Plaintiff
                                        Allied North America Insurance Brokerage Corp.
18                                      of California

19
20
21
22                                         IT IS SO ORDERED
23
24                                         MARTIN J. JENKINS
                                           UNITED STATES DISTRICT JUDGE
25                                         1/17/2006
26                                              DATE
27
28

-2-

STIPULATION RE: SETTLEMENT (C 04-2527 MJJ)                                         1199674.1